NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACK D. MORRIS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7061

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0017, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Jack D. Morris moves for a 45-day extension of time, until September 12, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Scott D. Austin, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 7 2011

**JAN HORBALY**
**CLERK**